

# In the Missouri Court of Appeals
## Eastern District

APRIL 19, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.  ED102477    ANDRE FOSTER, APP V STATE OF MISSOURI, RES

2.  ED102567 STATE OF MISSOURI, RES V DWIGHT CLARK, APP

3.  ED102616 SHANE PERRY, APP V STATE OF MISSOURI, RES

4.  ED102621 STATE OF MISSOURI, RES V MARSHA RULO, APP

5.  ED102646 STATE OF MISSOURI, RES V WALTER L. LUCKETT, APP

6.  ED102734 IN THE MATTER OF:  THE JUST FAMILY TRUST

7.  ED102871 ARTEZ UPCHURCH, APP V STATE OF MISSOURI, RES

8.  ED103021 TONEY DAVIS ET AL, APP V WILLIAM WYATT ET AL, RES

9.  ED103048 RAYMON DENZMORE, APP V STATE OF MISSOURI, RES

10.  ED103061 JOSEPH ASHFORD, APP V STATE OF MISSOURI, RES



# In the Missouri Court of Appeals
# Eastern District

APRIL 19, 2016

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.    ED103081    MICHAEL GRIMES, APP V STATE OF MISSOURI, RES

12.    ED103216 CHARLES A. SMITH, APP V STATE OF MISSOURI, RES

13.    ED103326 WILFREDO REYES, APP V STATE OF MISSOURI, RES

14.    ED103406 MARGARET CHAMBLESS, APP V TALA-MO, INC & DES RES

15.    ED103434 ANDRE MCAFEE, APP V STATE OF MISSOURI, RES

16.    ED103460 JANET PETERS, APP V DONALD PETERS, JR., RES

17.    ED103492 RAM FINANCIAL ET AL, RES V AMERICON ET AL, APP

18.    ED103563 REGINALD RODGERS, APP V G FIFE, RES